**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-21444-CIV-WILLIAMS**

CHANEL, INC.,

Plaintiff,

vs.

NORDSTFCMRCAK.COM a/k/a
ONLINESTOREC.SHOP a/k/a
LASTCHANCEO.SHOP,

Defendant.

/

**ORDER**

**THIS MATTER** is before the Court on Magistrate Judge Enjoliqué Lett's Report and Recommendations (DE 17) ("***Report***") on Plaintiff's Motion for Entry of Default Final Judgment (DE 14) ("***Motion***"). In the Report, Judge Lett recommends that the Motion be granted. (DE 17 at 16.) Specifically, Judge Lett recommends that "a Default Final Judgment and Permanent Injunction be entered against the Defendant nordstfcmrcak.com a/k/a onlinestorec.shop a/k/a lastchanceo.shop, an Individual, Business Entity, or Unincorporated Association." (*Id.*) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Lett's Report (DE 17) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Default Judgment (DE 14) is **GRANTED**.
3. The Court will separately enter an order of final default judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 27th day of October, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE